VICTORIA NOWACKI, Respondent, v. ROSE E. POSNER and Others, Doing Business under the Assumed Name of FITZHUGH HOTEL, Appellants.— Judgment affirmed, with costs. All concur. (The judgment is for plaintiff in an action for damages for personal injuries sustained by plaintiff by reason of her having come in contact with hot steampipes left uncovered in a room in defendants'

hotel in which plaintiff was a guest.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.